# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.

CARLO JOEL HERNÁNDEZ-ALICEA,
    *Defendant*.

CRIMINAL NO. 16-781 (JAG/MEL)

## **MOTION FOR DISCLOSURE**

TO THE HONORABLE MARCOS E. LÓPEZ
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO:

    NOW COMES Defendant, Carlo Hernández-Alicea, by and through undersigned counsel and states as follows in support of the instant motion:

1. On February 26, 2025, and May 20, 2025, the assigned probation officer in this matter filed Motions Notifying Violations of Supervised Release, Notifying Additional Violations, and Requesting the Issuance of an Arrest Warrant. (DE-163 and DE-168).

2. The preliminary hearing is in this matter is currently set for June 11, 2025.

3. In order to prepare for the preliminary and final revocation hearings and to ensure the exercise of his due process rights under Federal Rule of Criminal Procedure 32.1 (b)(2)(B) and (E), Mr. Hernández-Alicea requests the following:

- Any records in the possession of United States Probation regarding Mr. Hernández-Alicea mental health and substance abuse treatment history, including applications, assessments, attendance records, and progress reports (i.e. "monthly reports");
- The chronological notes ("Cronos") in the U.S. Probation Officer's possession created during the course of Mr. Hernández-Alicea's supervision and relating to his mental health, substance abuse, medical conditions, or the commission of the instant violations of supervised release, including interviews and telephone calls made between the USPO and any third party related to the alleged violations (or redacted copies if needed for confidentiality purposes);
- Random drug testing reports and related documents for testing performed between April 2024 and the date of Mr. Hernández-Alicea's arrest;
- Local and national laboratory confirmation for any positive or negative drug tests given by Mr. Hernández-Alicea (including all formal drug test reports with validity);

- Any photographs, videos, audio recordings, testimony, notes, reports, sworn statements, memoranda or other documents memorializing or relating to Mr. Hernández-Alicea's alleged violations of the laws of Puerto Rico;
- All other evidence in the U.S. Probation Office's possession regarding Mr. Hernández-Alicea's violations of supervised release.

**WHEREFORE**, the Defendant respectfully requests this Court grant the instant motion and order the disclosure of all evidence requested herein.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 6th day of June, 2025.

RACHEL BRILL
Chief Defender
District of Puerto Rico

*s/ Joseph A. Niskar*
Assistant Federal Public Defender
Government No. G02217
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Joseph_Niskar@fd.org