IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Vs.                                            CR. NO.16CR00781-2 (JAG)

Carlo Hernandez-Alicea

**SUPPLEMENTAL TO MOTION FILED ON FEBRUARY 26, 2025, UNDER DOCUMENT NO. 163, AND MOTION FILED ON MAY 20, 2025, DOCUMENT NO. 168 NOTIFYING ADDITIONAL VIOLATIONS OF SUPERVISED RELEASE CONDITIONS**

**COMES NOW, ALEXANDRA CASTELLANOS**, United States Probation Officer of this Court, informing that on June 11, 2025, a Preliminary Hearing was held before Magistrate Judge Marcos E. Lopez regarding the motions filed under Document No. 163 and No. 168, by the U.S. Probation Office notifying the Court of supervision violations involving domestic violence charges at the state level. In said Preliminary Hearing, the Court imposed the following conditions of release between now and the final revocation hearing:

1. Defendant must continue complying with all his supervise terms and conditions of release.
2. Defendant shall be under electronic monitoring and home detention. Defendant shall be at his residence from 10:00 pm to 6:00 am. Defendant is only allowed to exit the residence for work, meetings with attorney and for medical appointments (including his grandmother). Defendant shall maintain the US Probation Office informed about the medical appointments. Defendant is not allowed to work in the city of Bayamon.

3. Defendant shall not communicate with the victim (directly or indirectly). Defendant shall not be any closer than 50 feet where the alleged victim is and her residence.

Subsequently, Mr. Carlo Hernandez-Alicea was released and enrolled in the location monitoring program on June 12, 2025. Since then he has violated the following conditions:

**Standard Condition No. 13: "You must follow the instructions of the probation officer related to the conditions of supervision."**

**Release condition imposed: "Defendant shall not communicate with the victim (directly or indirectly). Defendant shall not be any closer than 50 feet where the alleged victim is and her residence."**

On June 18, 2025, a call was received from Ms. Paolys Reyes-Crespo (victim of the state domestic violence case), indicating that she was at Mr. Carlo Hernandez-Alicea's residence and that she had been staying there this week and that Mr. Carlo Hernandez-Alicea had received her and allowed her to stay. She informed the U.S. Probation Officer that Mr. Carlo Hernandez-Alicea had a phone which belonged to her and he would not give her the phone back. The U.S. Probation Officer requested the victim that she leave the property immediately due to risk of safety and Court ordered instructions, however, the victim stated that she wanted her phone back, the U.S. Probation Officer requested to be placed on speaker to attempt to de-escalate the situation and advised Mr. Carlo Hernandez-Alicea to return the phone to Ms. Reyes-Crespo and allow her to leave the residence. Ms. Paolys Reyes-Crespo hung the phone up.  Subsequently, a call was received from Ms. Paolys Reyes-Crespo stating that she just left the apartment but that Mr. Hernandez-Alicea threatened to kill her by stating the following: "canto de cabrona te voy a

mandar a matar". Ms. Paolys Reyes-Crespo was crying and stating that she feared for her life. The U.S. Probation Officer provided an orientation as to domestic violence and advised her that if she feared for her life she should call 911 or report to the nearest police station and file a complaint. The U.S. Probation Officer also advised her that she could report to our office to provide a written statement if she did not want to seek Police assistance. Moreover, Mr. Hernandez-Alicea called the U.S. Probation Officer and confirmed that Ms. Paoly Reyes-Crespo had been staying there since the day before. He stated that she was the one who went to his apartment because she did not want to be broken up with via telephone. The U.S. Probation Officer reminded Mr. Hernandez-Alicea as to the conditions imposed and the restrictions to have contact with the victim.

**WHEREFORE,** in view of the aforementioned, it is respectfully requested that a warrant for Mr. Hernandez-Alicea's arrest be issued so that he may be brought before this Honorable Court to show cause as to why his supervised release term should not be revoked.

In San Juan, Puerto Rico, this 18th day of June 2025.

Respectfully submitted,

LUIS O ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/Alexandra Castellanos*
Alexandra Castellanos
U.S. Probation
Officer Federal
Office Building
Room 106
Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-399-7334

Fax 787-771-4063
Email:alexandra_castellanos@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that, on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the parties in this case.

In San Juan, Puerto Rico, this 18th day of June 2025.
.

*s/Alexandra Castellanos*
Alexandra Castellanos
U.S. Probation Officer